APPLETON STURGIS, Administrator, etc., Appellant, *v.* ALLEN B. HENDRICKS et al., Respondents.

In an action to recover compensation for services in chartering a vessel, evidence as to the customary price charged and paid for such services in the port where the vessel is chartered is proper.

(Argued May 15, 1872; decided September term, 1872.)

THIS action was brought to recover compensation for services alleged to have been rendered by plaintiff's intestate, Russell Sturgis, in chartering defendant's vessel to the United States government.

Plaintiff alleged an agreement to pay a commission of five per cent, and that the services were reasonably worth that amount. The principal contest was upon the question of fact, as to the employment and the agreement for compensation. Plaintiff was allowed to prove, under objection, the customary price in the city of New York for chartering vessels to the government.

*William A. Butler* for the appellant.

*Albert Matthews* for the respondents.

EARL, C., reads for reversal of order of General Term, and affirmance of judgment entered upon the report of the referee.

All concur.

Order reversed and judgment accordingly.